The People of the State of Illinois ex rel. Oscar Nelson, as Auditor of Public Accounts of the State of Illinois, v. Stony Island State Savings Bank.

In re Intervening Petition of Patrick and Anna Nolan, appellees, v. Irwin T. Gilruth, as receiver of Stony Island State Savings Bank, appellant. Gen. No. 36,361.

Opinion filed May 8, 1933. Rehearing denied May 20, 1933.

Kirkland, Fleming, Green & Martin, for appellant; Adrian L. Hoover and Dudley F. Jessopp, of counsel. Gettleman & Adelman, for appellees; Milton M. Adelman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

James M. Kennedy and Otto Von Rautenkranz, trading as Lake View Real Estate Exchange, appellants, v. John R. Thompson, Jr., appellee. Gen. No. 36,550.

Opinion filed May 8, 1933.

Kenneth F. Simpson, for appellants. D'Ancona, Pflaum & Kohlsaat, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

J. Morris, appellee, v. Ida Finkel and Morris Finkel, defendants, on appeal of Bernard Jadwin and Milton Johnson, trading as State Securities Company, appellants. Gen. No. 36,562.

Opinion filed May 8, 1933.

Rosenberg, Corlett & Toomin, for appellants; Benjamin Rosenberg and Milton A. Gordon, of counsel. Morris, Morris & Yale, for appellee; Harry L. Yale, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Harry Goetz, appellee, v. Leo E. Rapp, appellant. Gen. No. 36,537.

Opinion filed May 8, 1933.

Jones, Addington, Ames & Seibold, for appellant; Thorley Von Holst, Arthur B. Seibold, Jr., and Joseph F. Devereux, Jr., of counsel. John A. Irrmann, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.